

# NUMBER 13-19-00487-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE USAA GENERAL INDEMNITY COMPANY

### On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Longoria, and Perkes
### Per Curiam Order

Relator USAA General Indemnity Company filed a petition for writ of mandamus in the above cause seeking to compel the trial court to quash a deposition, or alternatively, limit the scope of the deposition. The Court requests that the real party in interest, Frank Wearden, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
1st day of November, 2019.